*E-Filed 5/19/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEVONTE BERNARD HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE GARDNER, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4037 RS (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ONE DEFENDANT** |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal of defendant D. O'Donnell from the action. (*See* Docket No. 18.) The Court construes this notice as a motion, and, as such, is GRANTED. Defendant O'Donnell is hereby TERMINATED from this action, and all claims against him are DISMISSED.

**IT IS SO ORDERED**.

DATED: May 19, 2010

RICHARD SEEBORG
United States District Judge

No. C 09-4037 RS (PR)
ORDER DISMISSING DEFENDANT